*MICHAEL H. BLACKER, P.A.*
Post Office Box 162850
Miami, Florida   33116

Telephone:
(305) 285-0900

Telefax:
(305) 373-8550
Michael.blackerpa@gmail.com

<u>Filed via ECF</u>

October 1, 2013

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY

Re:   USA v. Hector Flores
      Criminal Docket No.: 11-00486 DLI

Dear Judge Irizarry:

These letters are respectfully submitted on behalf of Hector Flores to provide the Court with some insight into Mr. Flores' personal life in connection with his sentencing scheduled for October 9, 2013. Please accept my sincerest apologies for failing to timely provide you with same.

Thank you for your consideration.

Very truly yours,

MICHAEL BLACKER

MB:kjb
Encl: (ltrs)
cc:   AUSA Steve Tiscione (w/attachments)
      USPO John Lanigan (w/attachments)
<u>Original Sent via Fedex</u>

PIO FLORES
12950 SW 2nd Street
Miami, Florida   33184

September 26, 2013

U.S. A. v. Thaqi
Case. No. 11 CR 00486 DLI

Dear Judge Irizzary,

I am the father of Hector Flores, who pled guilty to possessing marijuana and will be sentenced by you on October 9, 2013 in the above case. I know I should feel ashamed of him for that conduct, and I am, but I am also proud of the kind of person he is.

I am thankful that he is raising four children, (two of his own and two others), with love and kindness. I am also pleased with his work ethic- - he operates two gasoline stations, (one for his mother) as well as my ATM business.

I have been a paraplegic for 39 years.  He has essentially become my physical being for which I am very grateful. At 12 years old he began to care for me, which is an everyday responsibility; carrying me from bed to my wheelchair, helping groom me, (my wife is only able to dress me), driving me to 10 or more locations to refill ATM machines, accompanying me to physical therapy sessions, doctors' appointments, family activities; meeting all of my needs. Every night he lies me down. When I express the guilt or gratitude I feel he tells me he is the one with blessings.

I know Hector's devotion to me and particularly his family is not extraordinary, but it still makes me very proud. I would not have much enjoyment without his immediate presence in my life.

This letter was written by Hector's attorney after a series of interviews, as I cannot write well anymore. Thank you for taking your important time to read it.

Sincerely yours

Pio Flores   *[signature]*

To whom it may concern,

There are many great qualities that my Fiance Hector Flores has. The one that first wow me was the way he was and still is with my two daughters. He took the role of being there dad. He takes them to school and drops them off (all 3 kids). When they have projects or homework hector help or goes out of his way to get anything they need. More importantly he talk to them and help them with any problems they have.

When our son Raul was born he showed great parenting and helped me alot. Hector a great family man and provider for the family. He loves his job and family equally.

When we first met it was not easy. He was an alcoholic and he smoke marijuana. As soon as I found out I was pregant he slow started realizing that his drink was taking over him. ~~addicted~~ By the time was born. hector was going to AA meeting and trying to better himself. A couple of years later he got arrested and I hate to say it but I think it was for the better. He has stopped smoking and you can see hes more focus in his life and in our relationship.

Hector is the love of my life. He makes me happy like no one has ever made me feel. He is truly my best friend.

Hector not being here doesn't only affect me but also my daughters that only know him as there

dad. Also his son Raul which they share so many activities and hangout experiences. But also his dad. His dad and him have a bond that is unique and great. He dad is handicap and sick and hector helps him everyday. They also work and hangout together. Hector not being here for his dad would devistate him. I know what he did was stupid but he's a great man with a great heart. Please let him stay with his family he is needed in so many ways.

Thank you for your time,
Cynthia Rodriguez.



to

This letter is to let you know how important Hector My panda is to Me. I met him when I was 2 years old. He is really nice and funny. He takes Me to alot of places that are fun. Whenever I need anything he is there for me. It would be so boring if panda isn't here because he make me laugh alot. One time he did cartwheels for me and it was funny to see him do that I love my panda a lot I couldn't live without him He means the world to me. panda has been my dad for a very long time.

Elisa - Age 9